THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00117-MR-DLH

| | | |
|---|---|---|
| **DARLENE ROBINSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF REMAND** |
| | ) | |
| **HAYDEN ALEXANDER CAIRNS,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Remand [Doc. 9]. The Defendant consents to the Plaintiff's Motion. [Id.].

Upon review of the Plaintiff's motion, and in light of the Defendant's consent,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 9] is **GRANTED**, and this action is hereby **REMANDED** to the Jackson County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Jackson County Superior Court Clerk.

**IT IS SO ORDERED.**   Signed: May 31, 2017

Martin Reidinger
United States District Judge